IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-07075 MCF

ABNER HERNANDEZ BETANCOURT

Chapter 13

XXX-XX-1060

FILED & ENTERED ON 09/19/2011

Debtor(s)

## O R D E R

Debtor's objection to claim #11 filed by Environmental Quality Board of the Commonwealth of Puerto Rico (docket entry #29), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 19 day of September, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     JOSE L JIMENEZ QUINONES
     ALEJANDRO OLIVERAS RIVERA
     ENVIRONMENTAL QUALITY BOARD
     CLAIMS REGISTER